

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In Re: Ted Eugene Slanker, Jr.

No. 06-13-00065-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the petition for writ of mandamus should be dismissed as moot. Therefore, we dismiss the petition.

RENDERED NOVEMBER 6, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk